ACCEPTED
06-14-00036-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/5/2015 4:24:47 PM
DEBBIE AUTREY
CLERK

APPELLATE CASE NO. 06-14-00036-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/5/2015 4:24:47 PM
DEBBIE AUTREY
Clerk

IN THE COURT OF APPEALS FOR THE SIXTH JUDICIAL DISTRICT
OF TEXAS AT TEXARKANA, TEXAS

FRANK KEATHLEY, INDIVIDUALLY, AND DOING BUSINESS AS TOP
SHELF ANTIQUES, APPELLANT

VS.

J.J. INVESTMENTS COMPANY, L.L.P., ELLEN JAGGERS, DISTRICT
CLERK OF
FRANKLIN COUNTY, TEXAS, FRANKLIN COUNTY CONSTABLE
RANDY GREEN APPELLEES

AND

CORBITT BAKER, APPELLEE AND PARTY AT INTEREST

Appeal from Cause No. 10,072 in the District Court of Franklin County,
Texas,
62nd Judicial District
The Honorable Will Baird, District Judge

APPELLANT'S MOTION TO EXTEND TIME
FOR FILING APPELLANT'S REPLY BRIEF

Appellant's motion for extension of time to file reply brief                                    1

TO THE HONORABLE COURT OF APPEALS:

Frank Keathley, individually and doing business as Top Shelf Antiques, appellant, files this motion pursuant to Rule 38.6(c) of the Texas Rules of Appellate Procedure, as follows:

1.      The appellee's brief was filed April 15, 2015.  Appellant's reply brief is due May 5, 2015.

2.      Appellant requests and extension of twenty (20) days for filing his reply brief.  The filing date under this extension would be May 25, 2015, which is the recognized holiday for Memorial Day this year.  Therefore, the requested extension due date would be May 25, 2015.

3.      Appellant requests this extension to permit his counsel of record to conduct additional research regarding his response to the issues raised by appellee's brief.  Just prior to receipt of the appellee's brief, appellant's counsel had completed a week-long jury trial and has been involved in post-verdict motions related to the jury trial which have taken time that would otherwise have been available for completion of research and preparation of the reply brief.  Additionally, appellant's counsel was required to accompany his wife to Dallas for outpatient procedures related to treatment of recently diagnosed herniated disk issues which have resulted in loss of time from his office.

4.    This motion is not made solely for the purposes of delay, but is made so justice may be done.  This is appellant's first motion to extend the filing of his reply brief.

5.    Appellant's counsel personally conferred with counsel for the real party at interest and he does not oppose this extension.

WHEREFORE, appellant moves the Court to consider this motion and to grant him an extension of time to file his reply brief no later than May 26, 2015, or such other time as the Court may deem appropriate.

Respectfully submitted this 5th day of May, 2015.

/s/ Larry R. Wright
Larry R. Wright
State Bar No. 22048000
P.O. Box 144
406 South Main Street
Winnsboro, Texas 75494
Telephone 903-342-1089
Fax 903-342-1088
E-mail lawyerwright@msn.com
Attorney for Appellant

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been this day served by email transmission to each attorney of record, as follows:

Clardy Law Office
Jerry W. Baker
Attorney for Corbitt Baker
Real Party at Interest

Powers & Blount, LLP
Larry Blount
Attorney for JJ Investment Co. LTD, et al
Appellee

Gene Stump
Franklin County Attorney
Attorney for Appellees, Ellen Jaggers and Randy Green

/s/ Larry R. Wright<br>Larry R. Wright